

### IN RE JUVENILE APPEAL (84–6)

The respondent's petition for certification for appeal from the Appellate Court, 2 Conn. App. 705, is denied.

*Paul D'Astous,* in support of the petition.

Decided January 2, 1985

---

### JOHN T. SULLIVAN *v.* NORTHWIND ENERGY INSULATORS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 689, is denied.

*David M. Reilly,* in support of the petition.

*James L. Gartland,* in opposition.

Decided January 2, 1985

---

### METROPOLITAN DISTRICT *v.* TOWN OF BARKHAMSTED

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 53, is granted.

*Wesley W. Horton,* in support of the petition.

*Karen P. Blado,* in opposition.

Decided January 23, 1985

---

### ECHO FOUR *v.* GEORGE W. HILL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 118, is denied.

*Stewart I. Edelstein,* in support of the petition.

*James R. Fogarty,* in opposition.

Decided February 5, 1985.